IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN BEHRENS, as the Administratrix of the ESTATE OF T.S., a deceased minor<br><br>Plaintiff<br><br>vs.<br><br>CITY OF PHILADELPHIA, and OFFICER EDSAUL MENDOZA, in his individual and official capacity<br><br>Defendants | No. 2:24-cv-00276-JS<br><br>The Honorable Juan Sanchez |

## ORDER

**AND NOW**, on this ___5th___ day of ___May___, 2025, upon consideration of Plaintiff's Petition for Approval of the Settlement of Wrongful Death and Survival Claims and Apportionment, Allocation and Distribution of Claims involving minor decedent, it is hereby **ORDERED** that Plaintiff is authorized to enter into a global settlement with all defendants in the amount of Three Million Dollars ($3,000,000.00).

IT IS FURTHER **ORDERED** that the settlement proceeds shall be allocated as follows:

| | |
|---|---|
| Wrongful Death Claim | 50% |
| Survival Action | 50% |

IT IS FURTHER **ORDERED** that the settlement proceeds shall be distributed as follows:

| To: | Saltz Mongeluzzi Bendesky, P.C.<br>*Reimbursement of Costs* | $37,763.18 |
|---|---|---|
| To: | Clearfield & Kofsky<br>*Reimbursement of Costs* | $7,436.18 |
| To: | Saltz Mongeluzzi Bendesky, P.C.<br>*Attorney's Fees* | $492,466.77 |

| | | |
|---|---|---:|
| To: | Clearfield & Kofsky<br>*Attorney's Fees* | $492,466.77 |
| To: | DHS<br>*Medicaid lien* | $932.86 |

| | |
|---|---:|
| Net Sum to Clients (to be divided between Survival Action and Wrongful Death Claim as detailed Below) | $1,968,934.24 |
| **Survival Action (50%)** | **$984,467.12** |

| | | |
|---|---|---:|
| To: | Kristen L Behrens, Esquire, as the Administratrix of the Estate of TS, deceased | |

**Wrongful Death Claim (50%)**          $984,467.12

| | | |
|---|---|---:|
| To: | Desirae Marie Frame | $371,022.56 |
| To: | Oasis Financial<br>*Personal Loan for Desirae Frame* | $121,211.00 |
| To: | Thomas Siderio, Sr. | $492,233.56 |

 

/s/ Juan R. Sánchez
            J.